JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709
MICHONNE L. OMO (IL 6309833)
Special Assistant United States Attorney
Office of Program Litigation, Office 7
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (510) 970-4845
michonne.omo@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTIAN J. MILLETTE,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MARTIN O'MALLEY, Commissioner of Social Security,<br><br>　　　　Defendant. | Civil No. 2:24-cv-00160-DJA<br><br>UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWERING BRIEF (*FIRST REQUEST*) |

　　　　Defendant, Martin O'Malley, Commissioner of Social Security (the "Commissioner"), by and through his undersigned attorneys, hereby moves for a 13-day extension of time to file his response to Plaintiff's opening brief. The answering brief is due to be filed by May 24, 2024. This is the Commissioner's first request for an extension of time to file the response.

　　　　Defendant submits that good cause exists for this extension request because the attorney

1  tasked with writing the response has several successive deadlines through the next two weeks,
2  many of which have already been extended past their original deadlines, and needs sufficient
3  time to review the record, evaluate the issues raised in Plaintiff's opening brief, and prepare
4  Defendant's response. Defendant's counsel will endeavor to complete these tasks as soon as
5  possible. This request is made in good faith and with no intention to unduly delay the
6  proceedings, and counsel apologizes for any inconvenience. Accordingly, Defendant requests an
7  extension in which to respond to file the response until June 6, 2024.
8     The undersigned conferred with Plaintiff's counsel, who confirmed on May 20, 2024,
9  that Plaintiff has no objection to the requested extension.
10    It is therefore respectfully requested that Defendant be granted an extension of time to
12 file the response to Plaintiff's motion to remand, through and including June 6, 2024.
13    DATED May 20, 2024

Respectfully submitted,

JASON M. FRIERSON
United States Attorney

By: s/ *Michonne L. Omo*
MICHONNE L. OMO
Special Assistant United States Attorney
Office of Program Litigation, Office 7

Attorneys for Defendant

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 5/21/2024