JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709
MICHONNE L. OMO (IL 6309833)
Special Assistant United States Attorney
Office of Program Litigation, Office 7
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (510) 970-4845
michonne.omo@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTIAN J. MILLETTE,<br><br>       Plaintiff,<br><br>vs.<br><br>MARTIN O'MALLEY, Commissioner of Social Security,<br><br>       Defendant. | Civil No. 2:24-cv-00160-DJA<br><br><br><br><br>STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) |

    IT IS HEREBY STIPULATED, by and between the parties, through their undersigned attorneys, and with the approval of the Court, that this action be remanded for further administrative action pursuant to sentence four of 42 U.S.C. § 405(g). The purpose of the remand is to offer Plaintiff a new decision.

    On remand, the Commissioner will offer Plaintiff an opportunity for another hearing,

further develop the record as necessary, and issue a new decision. The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

DATED June 4, 2024

Respectfully submitted,

/s/ *Marc V. Kalagian
MARC V. KALAGIAN
(*authorized by email on June 4, 2024)

/s/ *Leonard Stone
LEONARD STONE
(*authorized by email on June 4, 2024)
Attorneys for Plaintiff

JASON M. FRIERSON
United States Attorney

/s/ Michonne L. Omo
MICHONNE L. OMO
Special Assistant United States Attorney
Attorneys for Defendant

**IT IS SO ORDERED**. The Clerk is directed to enter judgment accordingly and close the case.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 6/5/2024